**Order filed November 27, 2013**



## In The

# Eleventh Court of Appeals

_____

## No. 11-13-00354-CV

_____

## ERIC MANCIL ET AL., Appellants

## V.

## JOHN STROUD ET AL., Appellees

**On Appeal from the 16th District Court**

**Denton County, Texas**

**Trial Court Cause No. 2010-30373-211**

### O R D E R

Appellants' attorney has notified this court that the parties are attempting to mediate the matters at issue in this appeal, have agreed upon a mediator, and are setting a mediation date. We abate this appeal pending the mediation, which shall be completed on or before January 13, 2014. The parties are instructed to notify this court of the mediation results within ten days of the completion of the

mediation.  If mediation fully resolves the issues in this appeal, the parties shall file a joint motion in accordance with TEX. R. APP. P. 42.1(a)(2).

The appeal is abated.

PER CURIAM

November 27, 2013

Panel consists of: Wright, C.J.,
Willson, J., and Bailey J.